```
            IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

PATRICIA SABOL                  :          CIVIL ACTION
                                :
        v.                      :
                                :
FORD MOTOR COMPANY              :          NO. 14-6654

ORDER

AND NOW, this 16th day of July, 2015, for the reasons
set forth in the accompanying Memorandum, it is hereby ORDERED that
the motion of defendant Ford Motor Company for summary judgment
(doc. # 33) is GRANTED in part and DENIED in part, as follows:

(1)   the motion of defendant for summary judgment on
plaintiff's "First Cause of Action" (pleading liability under the
Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 et seq.) is GRANTED
insofar as that claim is premised on the advertising statements
identified by plaintiff;

(2)   the motion of defendant for summary judgment on
plaintiff's "Second Cause of Action" (pleading breach of express
warranty) is GRANTED insofar as that claim is premised on the
advertising statements identified by plaintiff;

(3)   the motion of defendant for summary judgment on
plaintiff's "Fourth Cause of Action" (pleading unjust enrichment)
is GRANTED;

(4)   the motion of defendant for summary judgment on
plaintiff's "Fifth Cause of Action" (pleading liability under the

-2-

Pennsylvania Unfair Trade Practices and Consumer Protection Law, 73 Pa. Cons. Stat. Ann. § 201-1 et seq.) is GRANTED insofar as that claim is premised on defendant's alleged misrepresentations and fraudulent omissions; and

(5)   the motion of defendant for summary judgment is otherwise DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                              J.